**STATE v. SESSOMS**

[342 N.C. 892 (1996)]

STATE OF NORTH CAROLINA v. TIMOTHY TYRONE SESSOMS

No. 268A95

(Filed 8 March 1996)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 119 N.C. App. 1, 458 S.E.2d 200 (1995), affirming an order entered by Hudson, J., on 14 June 1993 in Superior Court, Hertford County, holding that there was not a violation of the Constitution of the United States in the selection of the jury. Judge Hudson made this determination on remand from the Court of Appeals, 104 N.C. App. 375, 410 S.E.2d 76 (1991). Heard in the Supreme Court 14 February 1996.

*Michael F. Easley, Attorney General, by Debra C. Graves, Assistant Attorney General, for the State.*

*Malcolm Ray Hunter, Jr., Appellate Defender, by Charles L. Alston, Jr., Assistant Appellate Defender, and Benjamin Sendor, Assistant Appellate Defender, for the defendant-appellant.*

*Ferguson, Stein, Wallas, Adkins, Gresham & Sumter, P.A., by Anita S. Hodgkiss for The North Carolina Association of Black Lawyers and The North Carolina Academy of Trial Lawyers, amicus curiae.*

PER CURIAM.

AFFIRMED.

Chief Justice Mitchell did not participate in the consideration or decision of this case.